AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LaMothe, Louise A. | Central District of California | 08/03/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - Part Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States District Court
Federal Building
1415 State Street, Room 202
Santa Barbara, CA 93101-2511

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 08/03/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Louise A. LaMothe - A Professional Corporation | $145,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | California State Teachers' Retirement System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 08/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #4 (Y) | | | | | | | | | |
| 2. -Costco Whsl Corp (Y) | | | | | | | | | |
| 3. -Ford Motor Corp (Y) | | | | | | | | | |
| 4. -Google, Inc (Y) | | | | | | | | | |
| 5. -Qualcomm, Inc (Y) | | | | | | | | | |
| 6. -Tesla Motors Inc (Y) | | | | | | | | | |
| 7. -Matthews Pacific Tiger Fund (Y) | | | | | | | | | |
| 8. -Parnassus Equity Income Fund (Y) | | | | | | | | | |
| 9. IRA #2 (Wells Fargo CD) | A | Interest | N | T | | | | | |
| 10. Louise A. LaMothe, A P. C. Trust Bank Account Wells Fargo | A | Interest | M | T | | | | | |
| 11. American Tower Corp Reit | A | Dividend | J | T | Buy | 11/21/14 | J | | |
| 12. Avalon Bay Communities REIT Inc | A | Dividend | J | T | | | | | |
| 13. Boston Properties Inc REIT | A | Dividend | J | T | | | | | |
| 14. Brixmore Property Grouop Inc | A | Dividend | J | T | | | | | |
| 15. Brookdale Senior Living Inc | A | Dividend | J | T | | | | | |
| 16. Cousins Properties Inc REIT | A | Dividend | J | T | | | | | |
| 17. Crown Castle Intl Corp | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 08/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cubesmart Cube | A | Dividend | J | T | | | | | |
| 19. DDR Corp | A | Dividend | J | T | | | | | |
| 20. Eastgroup Pprtys Inc REIT | A | Dividend | J | T | | | | | |
| 21. Empire State Realty Trust Inc | A | Dividend | J | T | | | | | |
| 22. Essex Property Trust Inc REIT | A | Dividend | J | T | | | | | |
| 23. Federal Rlty Inct Trust SBI REIT | A | Dividend | J | T | | | | | |
| 24. General Growth Pptys Inc | A | Dividend | J | T | | | | | |
| 25. Health Care REIT Inc | A | Dividend | J | T | | | | | |
| 26. Hilton Worldwide Holdings | | None | J | T | Buy | 06/26/14 | J | | |
| 27. Host Hotels & Resort (X) | A | Dividend | J | T | | | | | |
| 28. Hudson Pacific PPTYS Inc | A | Dividend | J | T | | | | | |
| 29. Kilroy RLTY Corp | A | Dividend | J | T | Buy | 11/06/14 | J | | |
| 30. LaSalle Hotel Pptys Inc REIT | A | Dividend | J | T | | | | | |
| 31. Liberty Property Trust REIT | A | Dividend | J | T | | | | | |
| 32. Mid-Amer Apt Communities | A | Dividend | J | T | | | | | |
| 33. National Health Invs Inc | A | Dividend | J | T | | | | | |
| 34. National Retail Pptys Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 08/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Paramount GRP Inc | | None | K | T | Buy | 11/19/14 | J | | |
| 36. Piedmont Office Realty Trust | A | Dividend | J | T | | | | | |
| 37. Prologis Inc (X) | A | Dividend | J | T | | | | | |
| 38. Public Storage Inc REIT | A | Dividend | J | T | | | | | |
| 39. Realty Income Corp REIT | A | Dividend | J | T | | | | | |
| 40. Retail Opportunity Investments Co | A | Dividend | J | T | | | | | |
| 41. RLJ Lodging Trust | A | Dividend | J | T | | | | | |
| 42. Simon Property Group REIT | A | Dividend | J | T | | | | | |
| 43. SL Green Rlty Corp REIT | A | Dividend | J | T | | | | | |
| 44. UDR Inc | A | Dividend | J | T | | | | | |
| 45. Washington Prime Group | A | Dividend | J | T | | | | | |
| 46. Weyerhaeuser Co | A | Dividend | J | T | | | | | |
| 47. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 48. Prudential Financial Inc | A | Dividend | J | T | | | | | |
| 49. Conoco Phillips | A | Dividend | J | T | | | | | |
| 50. AT&T n/k/a AT&T Inc Bonds 5.50% | A | Interest | J | T | Buy (add'l) | 10/03/14 | J | | |
| 51. Berkshire Hathaway Inc n/k/a Berkshire Hathaway 1.900% | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 08/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Comerica Bank | A | Dividend | J | T | | | | | |
| 53. The Walt Disney Company See Line 69 | | | | | | | | | |
| 54. Proctor & Gamble See Line 67 | | | | | | | | | |
| 55. US Bancorp | A | Dividend | J | T | | | | | |
| 56. Kimberly-Clark Notes | A | Interest | J | T | | | | | |
| 57. Suntrust Banks n/k/a / Suntrust Senior Notes 6.00% | A | Interest | J | T | | | | | |
| 58. PECO Energy Co n/k/a PECO energy Co 1st MTG Bonds 5.350% | | None | J | T | | | | | |
| 59. State Street Corp n/k/a State Street Corp Subordinate 4.958% | A | Interest | J | T | | | | | |
| 60. Cons Edison Co of NY n/k/a Cons EdisonCo Of NY Debentures 5.850% | A | Interest | J | T | | | | | |
| 61. Johnson & Johnson n//k/a Johnson & Johnson Senior Notes | A | Interest | J | T | | | | | |
| 62. Prudential Financial Inc Medium Term Notes 2.30% | A | Interest | J | T | Buy | 07/24/14 | J | | |
| 63. IBM Corp n/k/a IBM Corp Notes 7.625% | A | Interest | J | T | | | | | |
| 64. South Carolina Elec & Gas n/k/a South Carolina Elec&Gas 1st mortg 5.25 | A | Interest | J | T | | | | | |
| 65. BB&T Corp medium term Notes 2.250% | A | Interest | J | T | Buy | 06/04/14 | J | | |
| 66. United Technologies Corp n/k/a/ United Technologies Corp Senior Notes | A | Interest | J | T | Buy (add'l) | 05/21/14 | J | | |
| 67. Procter & Gamble Co Notes 4.700% | A | Interest | J | T | Buy | 07/24/14 | J | | |
| 68. Allstate Corp n/k/a Allstate Corp Senior Notes 7.450% | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Walt Disney Co The SR unsecured 1.850% | A | Interest | J | T | Buy | 07/18/14 | J | | |
| 70. United Parcel Service n/k/a UPS Sr Unsecured 3.12% | A | Interest | J | T | | | | | |
| 71. Metlife Inc n/k/a Metlife Sr Unsecured 4.750% | A | Interest | J | T | | | | | |
| 72. Coca Cola Con/k/a Coca Cola the SR unsecured 3.300% | A | Interest | J | T | | | | | |
| 73. Target Corp n/k/a Target Corp SR uncallable 3.500% | A | Interest | J | T | Buy (add'l) | 09/16/14 | J | | |
| 74. National Rural Util Coop n/k/a National Rural Utl Finance Corp 3.050% | A | Interest | J | T | | | | | |
| 75. Northern States PWR-MINN | A | Interest | J | T | | | | | |
| 76. Public Service Colorado n/k/a Public Service Colorado 1st Mortg 2.250% | A | Interest | J | T | | | | | |
| 77. American Express Credit Corp n/k/a American Express Credit Corp notes | A | Interest | J | T | | | | | |
| 78. PNC Financial Services n/k/a PNC FIN SVR Subornate 3.800% | A | Interest | J | T | | | | | |
| 79. Pepsico Inc n/k/a Pepsico Inc SR unsecured 3.600% | A | Interest | J | T | | | | | |
| 80. FNMA Pass Thru Pool | A | Interest | J | T | | | | | |
| 81. LPL Financial Investment Account #1 (H) | | | | | | | | | |
| 82. -AQR Diversified Arbitrage | A | Dividend | M | T | | | | | |
| 83. -Delaware Diversified CL | A | Dividend | M | T | Buy | 09/08/14 | K | | |
| 84. -Columbia Acron Intl | A | Dividend | M | T | | | | | |
| 85. -Eaton Vance Floating Rate | A | Dividend | | | Sold | 09/08/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 08/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Federated Prudent Dollar Bear | A | Dividend | K | T | | | | | |
| 87. -Oppenheimer Developing Markets | A | Dividend | L | T | | | | | |
| 88. -Pimco All Asset All Authority | A | Dividend | M | T | | | | | |
| 89. -SPDR S&P 500 ETF | A | Dividend | M | T | | | | | |
| 90. -T Rowe Price Real Estate | A | Dividend | L | T | | | | | |
| 91. -Money Fund GVI n/k/a US GVT MM Fund | A | Dividend | J | T | | | | | |
| 92. LPL Financial Investment Account #2 (H) | | | | | | | | | |
| 93. -Blackrock Global Allocation | A | Dividend | M | T | | | | | |
| 94. -Deleware Diversified Income | A | Dividend | L | T | Buy | 09/08/14 | L | | |
| 95. -Federated Prudent Dollar Bear | A | Dividend | J | T | | | | | |
| 96. -PIMCO Total Return | | None | | | Sold | 10/02/14 | M | B | |
| 97. -Metropolitan West High Yield Bond | A | Dividend | M | T | | | | | |
| 98. -Metropolitan West Total Return Bond | A | Dividend | M | T | Buy | 10/02/14 | M | | |
| 99. -Pimco Commodity Real Return Strategy | A | Dividend | L | T | | | | | |
| 100. -Powershares QQQ ETF | A | Dividend | M | T | | | | | |
| 101. -Vanguard Windsor II | A | Dividend | M | T | | | | | |
| 102. -Franklin Templeton Emerging Market Debt | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 08/03/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Money Fund GVI n/k/a JPM US Gt Money Market D\Fund | A | Dividend | J | T | | | | | |
| 104. TIAA Traditional Annuity (Age based no control) | A | Int./Div. | K | T | | | | | |
| 105. TIAA-CREF Asset Allocation Fund | A | Int./Div. | L | T | | | | | |
| 106. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 107. Abbvie Inc | A | Dividend | J | T | | | | | |
| 108. American International Group | A | Dividend | J | T | | | | | |
| 109. Automatic Data Processing (X) | A | Dividend | J | T | | | | | |
| 110. CDK Clobal Holdings LLC (X) | A | Dividend | J | T | | | | | |
| 111. Colgate Palmolive Co | A | Dividend | J | T | | | | | |
| 112. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 113. General Electric Company | A | Dividend | J | T | | | | | |
| 114. General Mills Inc | A | Dividend | J | T | | | | | |
| 115. Home Depot Inc | A | Dividend | J | T | | | | | |
| 116. Intel Corp | A | Dividend | J | T | | | | | |
| 117. Kohls Corp | A | Dividend | J | T | | | | | |
| 118. McDonald's Corp | A | Dividend | J | T | | | | | |
| 119. Medtronic Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 08/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Microsoft Corp | A | Dividend | J | T | | | | | |
| 121. Pfizer Inc | A | Dividend | J | T | | | | | |
| 122. Schlumberger Ltd | A | Dividend | K | T | | | | | |
| 123. Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 124. Walgreen Company | A | Dividend | J | T | | | | | |
| 125. Wells Fargo Company | A | Dividend | K | T | | | | | |
| 126. BelleHaven Bond Acct: (H) | | | | | | | | | |
| 127. North Orange Cty Comm College | A | Interest | K | T | | | | | |
| 128. Springfield MA Prefunded Mun Purp Ln | A | Interest | J | T | | | | | |
| 129. Sacramento Ca Mun Util | A | Interest | K | T | | | | | |
| 130. California St Dept Wtr Res Pwr | A | Interest | K | T | | | | | |
| 131. San Francisco CA City & Cnty Arpts Commn Intl | A | Interest | J | T | | | | | |
| 132. Puerto Rico Pub Fin Corp | A | Interest | K | T | | | | | |
| 133. El Camino Ca Cmnty College | A | Interest | J | T | | | | | |
| 134. University Tex Unv RVS REF SYS | A | Interest | J | T | | | | | |
| 135. Eugene Or Elec Util Rev | A | Interest | J | T | | | | | |
| 136. Springfieled MA Unrefd Bal Mun | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Ventura County Ca Cmnty College | A | Interest | J | T | | | | | |
| 138. Bakersfield CA Wastewater | A | Interest | K | T | | | | | |
| 139. Los Angeles CA Dpt Arpts Sub LA Intl Arpt (X) | A | Interest | J | T | | | | | |
| 140. Eastern Mun WTR Dis CA (X) | A | Interest | J | T | | | | | |
| 141. Conn ST HSG Fin Auth HSG | A | Interest | K | T | Buy | 08/05/14 | J | | |
| 142. University CA Revs LTD Proj (X) | A | Interest | K | T | | | | | |
| 143. Central CA UNI SCH Dist | A | Interest | K | T | Buy | 05/22/14 | K | | |
| 144. Montclair CA Pub FING Auth LSE | A | Interest | J | T | Buy | 11/14/14 | J | | |
| 145. Golden West SCHS Fing CA (X) | A | Interest | K | T | | | | | |
| 146. Rail to CA REDEV Agy Successor AGY Tax | A | Interest | J | T | Buy | 08/22/14 | J | | |
| 147. Antelope VLY CA UN HIGH SCH Dist (X) | A | Interest | J | T | | | | | |
| 148. Perris CA UN High Sch Dist RFDG | A | Interest | J | T | Buy | 12/15/14 | J | | |
| 149. American Tower Corp REIT | A | Dividend | J | T | | | | | |
| 150. TROWE PRICE IRA (Global Tech) | A | Dividend | K | T | | | | | |
| 151. TROWE PRICE IRA (Spectrum Growth) | A | Dividend | J | T | | | | | |
| 152. Northwestern Mutual Life Ins Policy | A | Interest | M | T | | | | | |
| 153. John Hancock Life Ins Policy | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 08/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Rental Property #1 Pebble Beach, C Beach, Monterey CA 1/3 interest | F | Rent | P1 | W | | | | | |
| 155. Crown Life Life Ins Policy | A | Dividend | J | T | | | | | |
| 156. Charles Schwab Checking #1 | A | Interest | J | T | | | | | |
| 157. Charles Schwab #2 (H) | | | | | | | | | |
| 158. Costco Wholesale | A | Dividend | J | T | | | | | |
| 159. Buffalo Flexible Income Fund | A | Dividend | J | T | | | | | |
| 160. Parnassus Core Equity FD Inv | A | Dividend | J | T | | | | | |
| 161. SCH US Div Equity ETF | A | Dividend | J | T | | | | | |
| 162. Crown Classic Chkg Acct | A | Interest | J | T | | | | | |
| 163. Crown Classic Checking #2 | A | Interest | J | T | | | | | |
| 164. City National Bank Ckg #1 | A | Interest | J | T | | | | | |
| 165. City National Bank Ckg #2 | A | Interest | J | T | | | | | |
| 166. City National Bank Ckg #3 (Trust) | A | Interest | J | T | | | | | |
| 167. USAA (Savings Acct) | A | Interest | J | T | | | | | |
| 168. Federal Home Loan Bank | A | Interest | J | T | | | | | |
| 169. LA California Cmnty Facs | A | Interest | J | T | | | | | |
| 170. Royal Bank of Canada | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 08/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Wells Fargo & Co | A | Dividend | J | T | | | | | |
| 172. Abbot Laboratories | A | Dividend | J | T | | | | | |
| 173. Abbvie Inc | A | Dividend | J | T | | | | | |
| 174. Air Produccts & Chemicals | A | Dividend | J | T | | | | | |
| 175. Amer Balanced Fd Cl C | A | Dividend | J | T | | | | | |
| 176. Automatic Data Processing | A | Distribution | J | T | | | | | |
| 177. Cohen & Steers Realty In C | A | Dividend | J | T | | | | | |
| 178. Conoco Phillips | A | Dividend | J | T | | | | | |
| 179. Costco Whsl Corp New | A | Dividend | J | T | | | | | |
| 180. Genl Mills Inc | A | Dividend | J | T | | | | | |
| 181. HCP Inc | A | Dividend | J | T | | | | | |
| 182. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 183. Kellogg Company | A | Dividend | J | T | | | | | |
| 184. New Jersey Res Corp | A | Dividend | J | T | | | | | |
| 185. Paychex Inc | A | Dividend | J | T | | | | | |
| 186. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 187. Target Corp | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. United Parcel Service | A | Dividend | J | T | | | | | |
| 189. Wisdom Tree MC Earn | A | Dividend | J | T | | | | | |
| 190. Wisdom Tree Emerging Market | A | Dividend | J | T | | | | | |
| 191. Cohen & Steers PFD INCM C | A | Dividend | J | T | | | | | |
| 192. HCP Inc | A | Dividend | J | T | | | | | |
| 193. CitiGroup - bond | A | Interest | J | T | | | | | |
| 194. CitiGroup - bond | A | Interest | J | T | | | | | |
| 195. FHLB - bond | A | Interest | J | T | | | | | |
| 196. Goldman Sachs Group Medium Term Notes 5.300 f/k/a Goldman Sachs bond | A | Interest | J | T | | | | | |
| 197. GE Capital Corp Medium Term Notes -6.00% f/k/a GE Capital bond | A | Interest | J | T | | | | | |
| 198. Jackson National Life Ins - Perspective II Variable Annuity | A | Interest | M | T | | | | | |
| 199. DKaplan Tr / TTEE 8/24/1989 n/k/a WellsFargo Money Market Sweep accoun | A | Interest | K | T | | | | | |
| 200. Citibank Checking Account | A | Interest | J | T | | | | | |
| 201. Union Bank Checking (1/3 interest) | A | Interest | J | T | | | | | |
| 202. Citibank Corp Ckg ( Louise A. LaMothe APC) | A | Interest | J | T | | | | | |
| 203. Citibank Corp Savings( Louise A. LaMothe APC) | A | Interest | K | T | | | | | |
| 204. GE Capital n/k/a GE Capital Internotes Medium Term Notes 5.000% 6178 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Goldman Sachs GRP Inc MediumTerm notes 6.000% (X) | A | Interest | K | T | | | | | |
| 206. AT&T | A | Dividend | J | T | | | | | |
| 207. Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 208. Northeast Utilities (Y) | | | | | | | | | |
| 209. Eversource Energy (X) | A | Dividend | J | T | | | | | |
| 210. Scana Corp Com SCG | A | Dividend | J | T | | | | | |
| 211. Sysco Corporation | A | Dividend | J | T | | | | | |
| 212. United Parcel Service | A | Dividend | J | T | | | | | |
| 213. Goldman Sachs Group Notes See Line 205 | | | | | | | | | |
| 214. Wells Fargo 6.5 Yr MLN | A | Interest | J | T | | | | | |
| 215. Merrill Lynch 7% PFD Cap | A | Interest | J | T | | | | | |
| 216. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 217. Abbvie Inc | A | Dividend | J | T | | | | | |
| 218. Air Products & Chemicals | A | Dividend | J | T | | | | | |
| 219. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 220. CDK Global Holdings LLC (X) | A | Dividend | J | T | | | | | |
| 221. Conoco Phillips | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 08/03/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Costco Whsl Corp | A | Dividend | J | T | | | | | |
| 223.  General Mills Inc | A | Dividend | J | T | | | | | |
| 224.  HCP Inc | A | Dividend | J | T | | | | | |
| 225.  Johnson & Johnson | A | Dividend | J | T | | | | | |
| 226.  Kellogg Company | A | Dividend | J | T | | | | | |
| 227.  Paychex Inc | A | Dividend | J | T | | | | | |
| 228.  Phillips 66 | A | Dividend | J | T | | | | | |
| 229.  Procter & Gamble | A | Dividend | J | T | | | | | |
| 230.  Target Corp | A | Dividend | K | T | | | | | |
| 231.  United Parcel Service | A | Dividend | J | T | | | | | |
| 232.  Wisdom Tree Emerging ET | A | Dividend | J | T | | | | | |
| 233.  Wisdom Tree Intl MC | A | Dividend | J | T | | | | | |
| 234.  Wisdom Tree Intl SC | A | Dividend | J | T | | | | | |
| 235.  Wisdom Tree LC DVD FD | A | Dividend | J | T | | | | | |
| 236.  Wisdom Tree Midcap Div Fd | A | Dividend | J | T | | | | | |
| 237.  Wisdom Tree Midcap Earnings Fd | A | Dividend | J | T | | | | | |
| 238.  Wisdom Tree S/C DVD Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Citigroup Inc SR (Y) | | | | | | | | | |
| 240. Citigroup Funding Inc Medium Term Notes f/k/a Citigroup Funding Inc | A | Interest | K | T | | | | | |
| 241. GE Capital Internotes | A | Interest | J | T | Buy | 07/30/14 | J | | |
| 242. John Hancock Life Ins Co Signature Notes f/k/a John Hancock Life Ins C | A | Interest | J | T | | | | | |
| 243. Wells Fargo & Company Multi Step Up Cpn bond | A | Interest | J | T | Buy | 08/07/14 | J | | |
| 244. | | | | | Buy (add'l) | 08/14/14 | J | | |
| 245. GE Capital Internotes Medium term Notes f/k/a GE Capital -1 | A | Interest | K | T | | | | | |
| 246. GE Capital- 2 (Y) | | | | | | | | | |
| 247. Madera Cnty CA Brd ED 4% | A | Interest | K | T | Buy | 11/14/14 | K | | |
| 248. Los Angeles Cnty CA Revde Auth Tax Alloc | A | Interest | J | T | Buy | 11/17/14 | J | | |
| 249. Alameda County Ca Redev Agy Tax Alloc Eden Area Proj Ser A Rev B/E | A | Interest | J | T | | | | | |
| 250. Los Angeles Calif Community Facs Dist Spl Tax Escrow 4-Playa Vista-PH | A | Interest | K | T | | | | | |
| 251. Solano County Ca CTFS Partn Rfdg Rev B (Y) E MBIA | | | | | | | | | |
| 252. GE Money Bank CD | A | Interest | J | T | | | | | |
| 253. Wells Fargo Bank NA CD 4.5% f/k/a Wells Fargo | A | Interest | J | T | Buy (add'l) | 10/31/14 | J | | |
| 254. HSBC BANK USA CD | A | Interest | J | T | Buy | 10/31/14 | J | | |
| 255. Wells Fargo & Co-1 n/k/a Wells Fargo Bank NA CD linked to S%P 500 | A | Interest | J | T | Buy (add'l) | 10/31/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Wells Fargo & Co- 2 n/k/a Wells Fargo Note linked to currency basket | A | Interest | J | T | | | | | |
| 257. Amer Balanced FD Inc | A | Dividend | J | T | | | | | |
| 258. American Funds Capital Income Bldr | A | Dividend | K | T | Buy | 11/14/14 | K | | |
| 259. Cohen & Steers Realty n/k/a Cohen & Steers Real Estate Secs Fd | A | Dividend | K | T | | | | | |
| 260. Cohen & Steers PFD (Y) | | | | | | | | | |
| 261. Prudential Jennison Natural Resources (Y) | | | | | | | | | |
| 262. Lincoln Natl Life Ins Co Legacy III f/k/a Linc Nat | A | Dividend | M | T | | | | | |
| 263. Tesla | A | Dividend | J | T | | | | | |
| 264. Chesapeake Energy Corp | A | Dividend | J | T | | | | | |
| 265. | | | | | | | | | |
| 266. | | | | | | | | | |
| 267. | | | | | | | | | |
| 268. | | | | | | | | | |
| 269. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 08/03/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, Lines 1-3 of my initial report, I listed Trust # (1/3 interest beneficial trust). These same assets are reported in Part VII. I have merely deleted the additional information concerning that I have a contingent beneficial intereest

Part VII, line 198, Jackson National Life Ins - Perspective II Variable Annuity was inadvertantly omitted from my prior report.

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 08/03/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Louise A. LaMothe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544